THE STATE OF IOWA, Appellee, v. ELIJAH GIFFIN, Appellant.

Appeal: RECORD: AFFIRMANCE.

*Appeal from Keokuk District Court.*—HON. W. R. LEWIS, Judge.

FRIDAY, FEBRUARY 3, 1893.

INDICTMENT for larceny, and a verdict of guilty, The judgment of the court imposed a fine of one hundred dollars, and imprisonment until paid. The defendant appealed.

No appearance in this court except by the attorney general for the submission of the case.

GRANGER, J.—The transcript contains the indictment and the record entries in the district court, without the evidence. An examination of the record discloses no error, and the judgment is AFFIRMED.